■ MARIE E. MIRANDA, as Administratrix of the Estate of CARMEN R. PELLOTT and Another, Deceased, Respondent, v. CITY OF NEW YORK et al., Appellants.— Order entered on September 8, 1960, denying a motion to

dismiss for lack of prosecution, unanimously reversed on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to appellants and the motion granted, with $10 costs. The reasons offered by the plaintiff are insufficient to excuse the 21-month delay (see *Harrington* v. *Kaufman,* 5 A D 2d 195; *Maizonet* v. *Lee Props.,* 11 A D 2d 667). Nor does the belated diligence of the plaintiff in furnishing a bill of particulars and filing a note of issue excuse the prior neglect (*Nigro* v. *City of New York,* 3 A D 2d 987). Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.